**ESTATE OF Clair B. MASONER, et al., Respondents,**

v.

**Sheryl BURNETT, Appellant.**

**No. WD 42743.**

Missouri Court of Appeals,
Western District.

Jan. 22, 1991.

J. Michael Murphy, Liberty, for appellant.

Mark A. Hubbard, Platte City, for respondents.

Before KENNEDY, P.J., and
SHANGLER and GAITAN, JJ.

## ORDER

PER CURIAM:

Appeal by defendant from judgment ordering return to plaintiffs of certain furniture purchased by defendant from Clair B. Masoner, and giving judgment for money damages against defendant in favor of estate of Clair B. Masoner, Incompetent. Judgment ordered modified by elimination of $1,500 damage award, and as modified affirmed. Rule 84.16(b).